IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**THE STATE OF MISSISSIPPI**                                              **PLAINTIFF**

v.                                                                **CIVIL ACTION NO. 1:19-CV-220-SA-DAS**

**GOOGLE, LLC AND
YOUTUBE, LLC**                                                        **DEFENDANTS**

<u>**ORDER STAYING DISCOVERY**</u>

Following a conference with the court and all counsel of record, the court has considered the request to stay discovery pending resolution of the defendants' Motion to Strike or, in the Alternative, to Dismiss the Second Amended Complaint (Docket 54) and finds that the request should be **GRANTED**. In the interest of judicial economy and due to the pending motion, it is **ORDERED** that all discovery is stayed. The parties are instructed to notify the undersigned within seven days of a ruling on the motion to dismiss provided the motion is denied.

This the 12th day of August, 2020.

                                                       **/s/ David A. Sanders**
                                                     **UNITED STATES MAGISTRATE JUDGE**